USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 99-1576

 AIDA I. SANTIAGO,

 Plaintiff, Appellee,

 v.

 EXECUTIVE AIRLINES, INC.,

 Defendant, Appellant.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Raymond L. Acosta, U.S. District Judge]

 Before

 Torruella, Chief Judge,
 Boudin and Lipez, Circuit Judges.
 
 
 
 
 
 Carlos A. Rodriguez-Vidal and Goldman, Antonetti & Cordova on
brief for appellant.

December 29, 1999

 
 

 Per Curiam. We carefully have reviewed the record
 and submissions, and we affirm. The claims under Puerto Rico
 law did not closely parallel the federal claims, so we cannot
 say the district court abused its discretion in dismissing
 those claims without prejudice under 28 U.S.C. 1367(c)(3) and
 allowing a court more accustomed to those claims to address
 them; see Penobscot Indian Nation v. Key Bank, 112 F.3d 538,
 564 (1st Cir. 1996) (district court must take into account
 concerns of comity and judicial economy in exercising its
 discretion under 28 U.S.C. 1367(c)(3)).
 Affirmed. 1st Cir. Loc. R. 27(c).